1

Debra L. Spinelli, Esq., Bar No. 9695
dls@pisanellibice.com

2

M. Magali Mercera, Esq., Bar No. 11742
mmm@pisanellibice.com

3

PISANELLI BICE PLLC
400 South 7th Street, Suite 300

4

Las Vegas, Nevada 89101
Telephone:  702.214.2100

5

6

James F. McDonough, III (GA 117088)
(*pro hac vice* forthcoming)
jim@rhmtrial.com

7

Jonathan R. Miller (GA 507179)
(*pro hac vice* forthcoming)

8

miller@rhmtrial.com
ROZIER HARDT MCDONOUGH PLLC

9

659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312

10

Telephone:  404.564.1866, -1863

11

*Attorneys for Plaintiff DataCloud Technologies, LLC*

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

12

**UNITED STATES DISTRICT COURT**

13

**FOR THE DISTRICT OF NEVADA**

14

DATACLOUD TECHNOLOGIES, LLC,

Case No.  2:23-cv-01413-GMN-EJY

15

Plaintiff,

16

v.

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

METRO FIBERNET, LLC,

17

Defendant.

**(FIRST REQUEST)**

18

19

20

        Plaintiff DataCloud Technologies, LLC ("DataCloud"), on behalf of Defendant Metro

21

Fibernet, LLC ("Defendant"), hereby files this unopposed motion requesting this first extension of

22

time for Defendant to answer or otherwise respond to DataCloud's Complaint.

23

        This Motion is made and based on, the papers and pleadings on file herein, the following

24

Memorandum of Points and Authorities, any and all exhibits thereto, and any and all oral argument

25

/ / /

26

27

28

1    this Court may require at the time of a hearing.

2        DATED this 6th day of October 2023.

3                             **PISANELLI BICE PLLC**

4

5                    By:       */s/* M. Magali Mercera
                          Debra L. Spinelli, Esq., Bar No. 9695

6                         M. Magali Mercera, Esq., Bar No. 11742
                        400 South 7th Street, Suite 300
                        Las Vegas, Nevada 89101

7

8                         James F. McDonough, III (GA 117088)
                        (*pro hac vice* forthcoming)

9                         Jonathan R. Miller (GA 507179)
                        (*pro hac vice* forthcoming)

10                        **ROZIER HARDT MCDONOUGH PLLC**
                        659 Auburn Avenue NE, Unit 254
                        Atlanta, Georgia 30312

11

12                         *Attorneys for Plaintiff DATACLOUD TECHNOLOGIES, LLC*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to LR IA 6-1(a), "[a] motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted."  In support of this agreed motion, DataCloud states as follows:

1.      DataCloud filed its Complaint for Patent Infringement on September 11, 2023.

2.      DataCloud served the Summons and Complaint on Defendant on September 22, 2023, which by rule requires Defendant to Answer or otherwise respond by October 13, 2023.  *See* ECF. No. 8; Fed. R. Civ. P. 12(a)(1)(A)(1).

3.      Defendant has requested a 30-day extension for its time to Answer or otherwise respond to the Complaint, which DataCloud does not oppose.

4.      As Defendant's counsel has not yet appeared in this case, DataCloud has agreed to file this motion on Defendant's behalf.

Therefore, DataCloud moves to extend the time for Defendant to Answer or otherwise respond to the Complaint up to and including November 13, 2023.

DATED this 6th day of October 2023.

PISANELLI BICE PLLC

By:  */s/* M. Magali Mercera
    Debra L. Spinelli, Esq., Bar No. 9695
    M. Magali Mercera, Esq., Bar No. 11742
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

    James F. McDonough, III (*pro hac vice* forthcoming)
    Jonathan R. Miller (*pro hac vice* forthcoming)
    ROZIER HARDT MCDONOUGH PLLC
    659 Auburn Avenue NE, Unit 254
    Atlanta, Georgia 30312

*Attorneys for Plaintiff DATACLOUD TECHNOLOGIES, LLC*

**IT IS SO ORDERED.**

**U.S. MAGISTRATE JUDGE**

**Dated:  October 6, 2023**