Debra L. Spinelli (NV 9695)
M. Magali Mercera (NV 11742)
**PISANELLI BICE PLLC**
400 South 7th Street Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2110
Email: dls@pisanellibice.com
Email: mmm@pisanellibice.com

James F. McDonough, III (GA 117088) (*pro hac vice*)
Jonathan R. Miller (GA507179) (*pro hac vice*)
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866, -1863
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com

For Plaintiff DATACLOUD TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>METRO FIBERNET, LLC,<br><br>Defendant. | Case No. 2:23-cv-01413-GMN-EJY<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff DataCloud Technologies, LLC ("DataCloud"), on behalf of Defendant Metro Fibernet, LLC ("Defendant"), hereby files this unopposed motion requesting a third extension of time for Defendant to answer or otherwise respond to DataCloud's Complaint. DataCloud seeks an additional 14 days on top of the 30-day and 17-day extensions granted by this Court. *See* ECF 10 and 19.

This Motion is made and based on, the papers and pleadings on file herein, the following Memorandum of Points and Authorities, any and all exhibits thereto, and any and all oral argument his Court may require at the time of a hearing.

| | | |
|---|---|---|
| 1 | Dated: November 30, 2023 | Respectfully submitted, |
| 2 | | */s/ Jonathan R. Miller* |
| 3 | | James F. McDonough, III (GA 117088)*<br>Jonathan R. Miller (GA 507179)* |
| 4 | | **ROZIER HARDT MCDONOUGH PLLC**<br>659 Auburn Avenue NE, Unit 254 |
| 5 | | Atlanta, Georgia 30312<br>Telephone: (404) 564-1866, -1863 |
| 6 | | Email: jim@rhmtrial.com<br>Email: miller@rhmtrial.com |
| 7 | | Debra L. Spinelli (NV 9695) |
| 8 | | M. Magali Mercera (NV 11742)<br>**PISANELLI BICE PLLC** |
| 9 | | 400 South 7th Street Suite 300<br>Las Vegas, Nevada 89101 |
| 10 | | Telephone: (702) 214-2110<br>Email: dls@pisanellibice.com |
| 11 | | Email: mmm@pisanellibice.com |
| 12 | | *Attorneys For Plaintiff DATACLOUD TECHNOLOGIES, LLC* |
| 13 | | *\* Admitted pro hac vice* |

### **MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to LR IA 6-1(a), "[a] motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted." In support of this agreed motion, DataCloud states as follows:

1. DataCloud filed its Complaint for Patent Infringement on September 11, 2023.

2. DataCloud served the Summons and Complaint on Defendant on September 22, 2023 *(see* ECF. 8), which by rule required Defendant to Answer or otherwise respond by October 13, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(1).

3. At Defendant's request, DataCloud requested a 30-day extension of Defendant's time to Answer or otherwise respond to the Complaint (*see* ECF 9) which this Court granted, extending Defendant's due date to respond to the Complaint to November 13, 2023. (*see* ECF 10).

4. At Defendant's request, DataCloud requested a second extension of 17-days for Defendant to Answer or otherwise respond to the Complaint (*see* ECF 18) which this Court granted, extending Defendant's due date to respond to the Complaint to November 30, 2023. (*see* ECF 19).

5. Representatives of the Parties have made substantial progress towards settlement of this matter such that a third extension of Defendant's due date to respond to the Complaint is warranted to allow the Parties to finalize their negotiations without expending additional judicial resources.

6. As Defendant's counsel has not yet appeared in this case, DataCloud has agreed to file this motion on Defendant's behalf.

Therefore, DataCloud moves unopposed to extend the time for Defendant to Answer or otherwise respond to the Complaint by an additional 14 days up to and including December 14, 2023.

///

Dated: November 30, 2023

Respectfully submitted,

/s/ Jonathan R. Miller
James F. McDonough, III (GA 117088)*
Jonathan R. Miller (GA 507179)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866, -1863
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com

Debra L. Spinelli (NV 9695)
M. Magali Mercera (NV 11742)
**PISANELLI BICE PLLC**
400 South 7th Street Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2110
Email: dls@pisanellibice.com
Email: mmm@pisanellibice.com

*Attorneys For Plaintiff DATACLOUD TECHNOLOGIES, LLC*

\* Admitted *pro hac vice*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  December 1, 2023**