Debra L. Spinelli (NV 9695)
M. Magali Mercera (NV 11742)
**PISANELLI BICE PLLC**
400 South 7th Street Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2110
Email: dls@pisanellibice.com
Email: mmm@pisanellibice.com

James F. McDonough, III (GA 117088) (*pro hac vice*)
Jonathan R. Miller (GA507179) (*pro hac vice*)
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866, -1863
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com

*For Plaintiff DATACLOUD TECHNOLOGIES, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>METRO FIBERNET, LLC,<br><br>Defendant. | Case No. 2:23-cv-01413-GMN-EJY<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(FOURTH REQUEST)** |

    Plaintiff DataCloud Technologies, LLC ("DataCloud"), on behalf of Defendant Metro Fibernet, LLC ("Defendant"), hereby files this unopposed motion requesting a fourth extension of time for Defendant to answer or otherwise respond to DataCloud's Complaint. DataCloud seeks an additional 14 days on top of the 30-day, 17-day, and 14-day extensions granted by this Court. *See* ECF 10, 19, and 20.

    This Motion is made and based on, the papers and pleadings on file herein, the following Memorandum of Points and Authorities, any and all exhibits thereto, and any and all oral argument his Court may require at the time of a hearing.

Dated: December 14, 2023

Respectfully submitted,

*/s/ Jonathan R. Miller*
James F. McDonough, III (GA 117088)*
Jonathan R. Miller (GA 507179)*
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866, -1863
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com

Debra L. Spinelli (NV 9695)
M. Magali Mercera (NV 11742)
**PISANELLI BICE PLLC**
400 South 7th Street Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2110
Email: dls@pisanellibice.com
Email: mmm@pisanellibice.com

*Attorneys For Plaintiff DATACLOUD TECHNOLOGIES, LLC*

*\* Admitted pro hac vice*

IT IS SO ORDERED this 14th day of December, 2023.

_____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE